# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK
### ROCHESTER DIVISION

CLINTON STRANGE,

Plaintiff

**18 CV 6570** FPG



v.


ORTIZ CAPITAL LLC,

a New York Domestic Limited Liability Company

&

OSCAR T. ORTIZ III,

Owner / Operator of Ortiz Capital, LLC

Defendants

**Civil Action:**

**Complaint for Violations of the:**

**Telephone Consumer Protection Act 47 U.S.C. § 227**

)

)

**Demand for Jury Trial**

)

)

**Preliminary Statement:**

This is an action brought by an adult individual who is a natural person against Defendant Ortiz Capital LLC and its Owner / Operator Oscar T. Ortiz III for violations of the Telephone Consumer Protection Act of 1991 ("TCPA"), under the following U.S. Federal Statutes:

Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5);

&

Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)(iii)

)

**Jurisdiction of this Court arises under:**

Telephone Consumer Protection Act 47 U.S.C. § 227

Because the action brought involves Federal Question Jurisdiction.

)

**Venue Lies Properly in This Court:**

Pursuant to 47 U.S.C. § 227(g)(4) & 28 U.S.C § 1391.

**Parties:**

Plaintiff Clinton Strange is an adult individual residing at the address of:

Clinton Strange

7021 Winburn Drive

Greenwood, LA 71033

Defendant Ortiz Capital LLC is a New York Domestic Limited Liability Company who according to the New York Department of State Division of Corporations is listed as:

ORTIZ CAPITAL LLC

151 Kim Lane

Rochester, NY 14626

&

Whose Registered Agent is Listed as:

NONE

Defendant Oscar T. Ortiz III, on information and belief, is the Owner/Operator of Ortiz Capital LLC and resides at the same address as listed by the NY Dept. of State for the listed entity Ortiz Capital LLC.

151 Kim Lane

Rochester, NY 14626

)

)

)

)

)

)

**Factual Allegations:**

1. Plaintiff's cellphone number 318-423-5057 is registered on the Federal Do-Not-Call listing, and has been so registered since at least 01/03/2018 *See Exhibit A.*

2. Plaintiff never provided his cellphone number to Defendants or consented to be contacted by any means on his cellphone number 318-423-5057 by the Defendants listed herein.

3. Plaintiff does not like to receive unwanted commercial phone calls, texts, or SMS/MMS messages on his cellphone because they "intrude on his seclusion and violate his rights to privacy guaranteed under the U.S. Constitution", and further deplete Plaintiff's mobile device's memory storage capacity, deplete Plaintiff's battery level on his cellphone, and require him to use a measurable amount of mental and physical energy to review the contents of the unwanted SMS text spams. Plaintiff alleges that [he] has Article III standing under the Constitution of the United States of America as a result of Defendants' alleged conduct. Also, that conduct meets at least the definition of the Tort of Conversion of Plaintiff's Chattel [i.e. his cellular telephone].

4. Plaintiff Clinton Strange is the wireless cellphone subscriber to the number 318-423-5057 and is financially responsible for the Verizon Wireless Account herein.

5. Plaintiff alleges that the Defendants or alternatively a 3rd Party Marketing Company hired by the Defendants sent more than one text message to the Plaintiff on his cellphone number 318-423-5057 within a 12-month period.

6. Plaintiff alleges that Defendants or alternatively a 3rd Party Marketing Company acting as an 'Agent' under the common law of agency for Defendants utilized an Automatic Telephone Dialing System ("ATDS") to send unwanted / unsolicited SMS / MMS text spam messages to Plaintiff's cellphone number 318-423-5057.

7. On 12/05/2017 at 10:43am CDT Defendants allegedly sent Plaintiff a Text
Spam Message from Short Code number 61990 (*See Exhibit B*) that read:

Open Spots now available Clinton, You can start today. Full or Part Time
options. Go here canstartnow.com Text END to stop

8. The text message from 12/05/2017 was sent to Plaintiff's cellphone number
318-423-5057 *See Exhibit C.*

9. The text message from 12/05/2017 contained Message Details than can be
examined by viewing *Exhibit D.*

10. The text message Plaintiff alleges was sent by the Defendants on
12/05/2017 contained Hyperlink/s that directed Plaintiff to Defendants'
website *See Exhibit E.*

11. On 05/19/2018 at 4:12 pm CDT Defendants allegedly sent Plaintiff a Text
Spam Message from Long Code number 732-242-5670 (*See Exhibit F*) that
read:
Good, just got my 1st check and it's funds I earned online, start now:
m0neybizet.us/ppnk?c=1p0kf7
Reply cancel to stop

12. The text message from 05/19/2018 was sent to Plaintiff's cellphone number
318-423-5057 *See Exhibit G.*

13. The text message from 05/19/2018 contained Message Details that can be
examined by viewing *Exhibit H.*

14. The text message Plaintiff alleges was sent by the Defendants on
05/19/2018 contained a Hyperlink that directed Plaintiff to Defendants'
website *See Exhibit I.*

15. *Exhibit J* is a screenshot of the bottom of the webpage for myezmoneyteam.com which contains a Hyperlink to www.IncomeEnginelite.com

16. On 05/20/2018 at 3:03pm CDT Plaintiff alleges that the Defendants sent a text message to Plaintiff's cellphone from Long Code number 410-696-0324(*See Exhibit K)* that read:

> 14 days is all it takes to begin with a new financially secure you. Begin here: makemoneyindex.us/nhu1?c=3tgejk

17. The text message sent by Defendants on 05/20/2018 as Plaintiff alleges was sent to his cellphone number 318-423-5057 *See Exhibit L.*

18. The Text message Plaintiff alleges was sent by Defendants on 5/20/2018 contained a Hyperlink to mswsys.com *See Exhibit M.*

19. The text message from 05/20/2018 contained Message Details that be examined by viewing *Exhibit N.*

20. The following websites are or have been owned, registered, licensed and or Operated under the control of the Defendants herein *See Exhibit O:*

> mswsys.com
> incomeenginelite.com
> myezmoneyteam.com
> systemmsw.com

21. On or about January 17, 2013 at 12:29pm EDT Defendant Oscar T. Ortiz III filed a Certificate of Individual Doing Business Under Assumed Name Certificate with the Office of Monroe County Clerk's Office *See Exhibit P.* That document lists ORTIZ CAPITAL as the assumed name d/b/a:

> OSCAR ORTIZ III
> D/B/A ORTIZ CAPITAL
> 33 GENTRY CIRCLE
> ROCHESTER, NY 14626

22. On April 11, 2017 according to the New York Department of State Division of Corporations listed a Department of State Filing (*See Exhibit Q)* for:
ORTIZ CAPITAL LLC

151 KIM LANE
ROCHESTER, NY 14626

23. Defendant Oscar T. Ortiz III according to the Monroe County Tax Office (*See Exhibit R)* owns the property at:
151 Kim Ln
Rochester, NY 14626

24. Defendant Oscar T. Ortiz III is the sole owner and operator of all the listed websites and entities listed herein and as the officer and director of each of these entities is individually liable to the Plaintiff herein for violations of the TCPA as alleged and referenced heretofore.

25. Defendants utilize an Automated Telephone Dialing System Technology Platform that conceals where the 'calls' are originating from:
With Regard to the 05/19/2018 Text the area code is 732 (New Jersey).
With Regard to the 05/20/2018 Text the area code is 410 (Maryland).

26. Plaintiff dispatched a communication to Defendants by U.S. Mail on 06/23/2018 advising them to cease and desist from sending unwanted SMS text spam to the Plaintiff on his cellphone number 318-423-5057 *See Exhibit S.*

27. Plaintiff also requested in the written communication to the Defendants on 06/23/2018 that they send to Plaintiff a copy of their Company's Do-Not-Call policy, but no response to his written communications have been received at all or by any means, However the text messages did stop coming.

28. Plaintiff alleges that by Defendants' failure to Provide him with a copy of their Do-Not-Call policy indicates that they have no internal policy regarding privacy rights of consumers like the Plaintiff herein.

29. The Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)(iii) states in part that:

**(b)RESTRICTIONS ON USE OF AUTOMATED TELEPHONE EQUIPMENT**
**(1)PROHIBITIONS** It shall be unlawful for any <u>person</u> within the <u>United States</u>, or any person outside the <u>United States</u> if the recipient is within the <u>United States</u>

**(A)**to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any <u>automatic telephone dialing system</u> or an artificial or prerecorded voice

**iii)**
to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio <u>common carrier</u> service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States

30. The Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5) states in part that:
**(c)PROTECTION OF SUBSCRIBER PRIVACY RIGHTS**

**(5)PRIVATE RIGHT OF ACTION** A <u>person</u> who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may, if otherwise permitted by the laws or rules of court of a State bring in an appropriate court of that State—
**(A)**
an action based on a violation of the regulations prescribed under this subsection to enjoin such violation,
**(B)**
an action to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater, or
**(C)**
both such actions.

31. Courts have upheld that Defendants are liable for the actions of 3rd parties when [they] hire 3rd party companies to market their products and services. *See Krakauer v. Dish Network LLC,* No. 1:14-CV-00333, M.D.N.C.;
&

*United States of America et al v. Dish Network LLC,* No. 3:09-CV-03073, C.D. Ill.

32. The term "'agency' means more than mere passive permission; it involves request, instruction, or command." *See Taco Bell I,* 879 F. Supp. 2d at 1084.
33.
34. The Telephone Consumer Protection Act 47 U.S.C. § 227**(e)(1) states in part that:**

**(1)IN GENERAL**

It shall be unlawful for any <u>person</u> within the <u>United States,</u> in connection with any <u>telecommunications service</u> or IP-enabled voice service, to cause any caller identification service to knowingly transmit misleading or inaccurate caller identification information with the intent to defraud, cause harm, or wrongfully obtain anything of value, unless such transmission is exempted pursuant to paragraph (3)(B).

35. The Plaintiff believes that the conduct of the Defendant's and or their 3rd Party marketing partners arises to a level worthy of Trebled Damages under the TCPA.

36. The TCPA provides at 47 U.S.C. § 227(b)(3)(C) in part that trebled damages can be awarded by the court for willful and / or knowing violations by the Defendant:

**C)**

both such actions.

If the court finds that the defendant willfully or knowingly violated this subsection, or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

37. At all times pertinent hereto Defendants were acting by and through their agents, servants and / or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

38. At all times pertinent hereto, the conduct of the Defendants, as well as that of their agents, servants and/ or employees was intentional, reckless, and in

grossly negligent disregard for Federal Laws and the rights of the Plaintiff
herein.

## Count I:

41. Plaintiff incorporates the foregoing paragraphs as though the same were set
forth at length herein.

42. At all times pertinent hereto the Defendants were liable to the Plaintiff for
violations of:

Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5)
Which makes Defendants liable to Plaintiff for at least 2 trebled violations as
evidenced in the complaint and Plaintiff seeks $3,000 in damages for said
violations.

## Count II:

43. Plaintiff incorporates the foregoing paragraphs as though the same were set
forth at length herein.

44. At all times pertinent hereto the Defendants were liable to the Plaintiff for
violations of:
Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)(iii)
Which makes Defendants liable to Plaintiff for at least 3 trebled violations as
evidenced in the complaint and Plaintiff seeks $4,500 in damages for said
violations.

**Jury Trial Demand;**
Plaintiff demands trial by jury on all issues so triable.

**Prayer for Relief;**

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

Statutory Damages;
Treble Damages;
Stacked Damages;
Enjoinder from further violations of these parts;
Costs of litigating the action together along with all reasonable attorney's fees (if any) and court costs;
And such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

X  _____        _8 - 6 - 2018_____
Clinton Strange
Pro Se                                        Dated
7021 Winburn Drive
Greenwood, LA 71033
318-423-5057
parsmllc@gmail.com

# EXHIBIT A

/2018                                    National Do Not Call Registry



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS



# National Do Not Call Registry

En Espanol

You have registered the following telephone number in the National Do Not Call Registry:

(318) 423-5057

You may print this page if you wish to retain a copy for your records.

# EXHIBIT B



61990
Mobile

12/5/17 10:43 AM

)pen Spots now available Clinton , You can start today. Full
r Part Time options. Go here canstartnow.com Text END to
top



Type a message...



61990
Mobile

12/5/17 10:43 AM

Open Spots now available
Clinton , You can start today.
Full or Part Time options. Go
here canstartnow.com Text
END to stop

12/29/17 12:52 PM

Clinton, Would you like auto
insurance as low as $29 to $34
a month? If Yes, Visit:
yescheapinsurance.com Text
END to stop Messages

# EXHIBIT C

61990

# Message Info

From **61990**

Received **12/5/17 10:43 AM**

Type **Text message**

Size **123 bytes**

## Sent To

 **Me**
**Mobile**: 3184235057

**VIEW DETAILS**          **CLOSE**

# EXHIBIT D

# Message Info

From **61990**

Received **12/5/17 10:43 AM**

Type **Text message**

Size **123 bytes**

Uid **748464942**

Message Source **Phone**

Thread Id **89**

Native Thread Id **92**

Msg DB Id **793**

Native Id **590**

Date **Tue Dec 05 10:43:57 CST 2017**

HIDE DETAILS          CLOSE

# EXHIBIT E

  **/systemmsw.com** 

# Want to make ~~$500~~ a Day?

### Click The Play Button To Start The Video

## Enter your email below
## *and it's yours.*



## Check Availability NOW!
### Enter Your Details Below and Click The



**Nicole from Illinois**
Recently Started to Make Money from Home!

# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



# EXHIBIT I





mswsys.com/mswb/t

### Website Terms and Conditions

**1. Introduction**
These terms and conditions govern your
use of this website. By using our website,
you agree to these terms and conditions in
full. If you do not accept or do not agree
with these terms and conditions or any
part of these terms and conditions, you
must not use our website.

**2. Your Privacy**
Where we collect your personal
information as a result of your accessing
and using this website, our Privacy Policy
will apply to that information. Accordingly,
these Terms must be read in conjunction
with our Privacy Policy.

**3. Licence to use Website**
Unless otherwise stated, we or our
licensors own the intellectual property
rights in the website and material on the

Show simplified view



## Privacy Policy

Last Updated on February, 2018

This **privacy** policy sets out how the Payitforwardsystemnow.com(Or tiz Capital LLC) uses and protects any information that you give the Incomeenginelit

We use traffic log cookies to identify which pages are being used. This helps us analyze data about web page traffic and improve our website in order to tailor it to

# EXHIBIT J



# EXHIBIT K



# EXHIBIT L



# EXHIBIT M



# EXHIBIT N



# EXHIBIT O



| DOMAINS | HOSTING | CLOUD | WEBSITES | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN | 🛒 0 |

## mswsys.com

Updated 5 days ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | mswsys.com |
| Registrar: | NameCheap Inc. |
| Registration Date: | 2018-04-29 |
| Expiration Date: | 2019-04-29 |
| Updated Date: | 2018-04-29 |
| Status: | clientTransferProhibited |
| Name Servers: | ns-1441.awsdns-52.org |
| | ns-154.awsdns-19.com |
| | ns-2037.awsdns-62.co.uk |
| | ns-995.awsdns-60.net |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | WhoisGuard Protected |
| Organization: | WhoisGuard, Inc. |
| Street: | P.O. Box 0823-03411 |
| City: | Panama |
| State: | Panama |
| Country: | PA |
| Phone: | +507.8365503 |
| Fax: | +51.17057182 |
| Email: | bb2a01fc45f349038ba1cdb21646664c.protect@whoisguard.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | WhoisGuard Protected |
| Organization: | WhoisGuard, Inc. |
| Street: | P.O. Box 0823-03411 |
| City: | Panama |
| State: | Panama |
| Country: | PA |
| Phone: | +507.8365503 |
| Fax: | +51.17057182 |
| Email: | bb2a01fc45f349038ba1cdb21646664c.protect@whoisguard.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | WhoisGuard Protected |
| Organization: | WhoisGuard, Inc. |
| Street: | P.O. Box 0823-03411 |
| City: | Panama |
| State: | Panama |
| Country: | PA |
| Phone: | +507.8365503 |
| Fax: | +51.17057182 |
| Email: | bb2a01fc45f349038ba1cdb21646664c.protect@whoisguard.com |

### RAW WHOIS DATA

```
Domain name: mswsys.com
Registry Domain ID: 2258153569_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
```



Sale
.live
$~~23.88~~ $1.98
BUY NOW
*Offer ends 31st July 2018

Hot Deals!

.store
.STORE @ $2.88 ~~$60.88~~
●●●●●●●●●●●●●●●●●●


Introducing
WORDPRESS
HOSTING
$3.58/mo
BUY NOW

```
Updated Date: 2018-04-29T10:05:54.00Z
Creation Date: 2018-04-29T09:56:44.00Z
Registrar Registration Expiration Date: 2019-04-29T09:56:44.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code:
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: bb2a01fc45f349038ba1cdb21646664c.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code:
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: bb2a01fc45f349038ba1cdb21646664c.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code:
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: bb2a01fc45f349038ba1cdb21646664c.protect@whoisguard.com
Name Server: ns-154.awsdns-19.com
Name Server: ns-995.awsdns-60.net
Name Server: ns-2037.awsdns-62.co.uk
Name Server: ns-1441.awsdns-52.org
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-07-16T03:25:10.99Z <<<

For more information on Whois status codes, please visit https://icann.org/epp
```

## related domain names

namechecap.com    icann.org    awsdns-52.org    awsdns-19.com    awsdns-62.co.uk    awsdns-60.net
whoisguard.com    internic.net



| Domains | Hosting & Products | Follow us |
|---|---|---|
| Register Domain Name | Linux Hosting | |
| Transfer Domain Name | Windows Hosting | Enter a Domain Name |
| View Domain Pricing | Wordpress Hosting | |
| Bulk Domain Register | Linux Reseller Hosting | |
| Whois Lookup | Windows Reseller Hosting | |
| Name Suggestion Tool | Virtual Private Servers | LOGIN   OR   CREATE AN ACCOUNT |
| Free with Every Domain | Dedicated Servers | |

 Whois.incomeenginelite.com

Identity for everyone

DOMAINS    HOSTING    CLOUD[NEW]    WEBSITES    EMAIL    SECURITY    WHOIS    SUPPORT    👤 LOGIN    🛒 0

## incomeenginelite.com

Updated 1 second ago ↻

### DOMAIN INFORMATION

| | |
|---|---|
| Domain: | incomeenginelite.com |
| Registrar: | NameCheap Inc. |
| Registration Date: | 2016-12-28 |
| Expiration Date: | 2018-12-28 |
| Updated Date: | 2018-01-24 |
| Status: | clientTransferProhibited |
| Name Servers: | gina.ns.cloudflare.com |
| | stan.ns.cloudflare.com |

### REGISTRANT CONTACT

| | |
|---|---|
| Name: | WhoisGuard Protected |
| Organization: | WhoisGuard, Inc. |
| Street: | P.O. Box 0823-03411 |
| City: | Panama |
| State: | Panama |
| Country: | PA |
| Phone: | +507.8365503 |
| Fax: | +51.17057182 |
| Email: | c48388d5432e40fbaa5b94cb35f4c4ec.protect@whoisguard.com |

### ADMINISTRATIVE CONTACT

| | |
|---|---|
| Name: | WhoisGuard Protected |
| Organization: | WhoisGuard, Inc. |
| Street: | P.O. Box 0823-03411 |
| City: | Panama |
| State: | Panama |
| Country: | PA |
| Phone: | +507.8365503 |
| Fax: | +51.17057182 |
| Email: | c48388d5432e40fbaa5b94cb35f4c4ec.protect@whoisguard.com |

### TECHNICAL CONTACT

| | |
|---|---|
| Name: | WhoisGuard Protected |
| Organization: | WhoisGuard, Inc. |
| Street: | P.O. Box 0823-03411 |
| City: | Panama |
| State: | Panama |
| Country: | PA |
| Phone: | +507.8365503 |
| Fax: | +51.17057182 |
| Email: | c48388d5432e40fbaa5b94cb35f4c4ec.protect@whoisguard.com |

### RAW WHOIS DATA

```
Domain name: incomeenginelite.com
Registry Domain ID: 2085467855_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-01-24T17:45:12.00Z
Creation Date: 2016-12-28T14:49:37.00Z
```


Sale
.live
$~~23.88~~ $1.98
BUY NOW
*Offer ends 31st July 2018

Hot Deals!

.news

.NEWS @ $6.88 $~~23.88~~

●●●●●●●●●●●●●●●●●


Introducing
WORDPRESS HOSTING
$3.58 /mo
BUY NOW

```
Registrar Registration Expiration Date: 2018-12-28T14:49:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: WhoisGuard Protected
Registrant Organization: WhoisGuard, Inc.
Registrant Street: P.O. Box 0823-03411
Registrant City: Panama
Registrant State/Province: Panama
Registrant Postal Code: 0
Registrant Country: PA
Registrant Phone: +507.8365503
Registrant Phone Ext:
Registrant Fax: +51.17057182
Registrant Fax Ext:
Registrant Email: c48388d5432e40fbaa5b94cb35f4c4ec.protect@whoisguard.com
Registry Admin ID:
Admin Name: WhoisGuard Protected
Admin Organization: WhoisGuard, Inc.
Admin Street: P.O. Box 0823-03411
Admin City: Panama
Admin State/Province: Panama
Admin Postal Code: 0
Admin Country: PA
Admin Phone: +507.8365503
Admin Phone Ext:
Admin Fax: +51.17057182
Admin Fax Ext:
Admin Email: c48388d5432e40fbaa5b94cb35f4c4ec.protect@whoisguard.com
Registry Tech ID:
Tech Name: WhoisGuard Protected
Tech Organization: WhoisGuard, Inc.
Tech Street: P.O. Box 0823-03411
Tech City: Panama
Tech State/Province: Panama
Tech Postal Code: 0
Tech Country: PA
Tech Phone: +507.8365503
Tech Phone Ext:
Tech Fax: +51.17057182
Tech Fax Ext:
Tech Email: c48388d5432e40fbaa5b94cb35f4c4ec.protect@whoisguard.com
Name Server: gina.ns.cloudflare.com
Name Server: stan.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-07-22T19:25:21.01Z <<<

For more information on Whois status codes, please visit https://icann.org/epp
```

related domain names

namecheap.com    icann.org    cloudflare.com    whoisguard.com    internic.net



Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Bulk Domain Register
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers
Infrastructure

Hosting & Products
Linux Hosting
Windows Hosting
Wordpress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder

Follow us

Enter a Domain Name

LOGIN   OR   CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement

# EXHIBIT P



# Office of the County Clerk

MONROE COUNTY, NEW YORK

June 28, 2018

*Mr. Clinton Strange*
*7021 Windburn Dr.*
*Greenwood, LA  71033*

*Dear Mr. Strange*

*All we could find regarding Ortiz Capital was a DBA filed in 2013. We are sending you a telephone number for the NYS Dept. of date where Corporations as well as LLC are filed.*

*Monroe County Customer Service*



**Cheryl Dinolfo**
*County Clerk*

## HOW TO FILE A DBA (Doing Business As) CERTIFICATE
## ALSO KNOWN AS ABN (Assumed Business Name)

1. Visit the Monroe County Clerk's Office at 39 West Main Street, Room 101 of the County Office Building, Monday through Friday from 9:00 a.m. until 5:00 p.m.

2. File your business name with a cashier. **A driver's license or a non-driver's ID is required to notarize your signature.**

3. The fee for filing a DBA is $25.00 plus $5.00 for a certified copy. The form fee is an additional $3.00 for a sole proprietorship or $4.00 for a partnership. **Cash, Visa, MasterCard, money order or a check made payable to "Monroe County Clerk's Office" will be accepted for the fees.** You will also receive a non-certified copy for your records.

4. **When Starting a Corporation:** These papers are filed through the NYS Department of State. **Religious Corporations** may be filed with the Monroe County Clerk's Office. It is recommended that you work with an attorney if you wish to incorporate. For forms and more information, contact the Department of State, Division of Corporations, State Records and Uniform Commercial Code, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231 (518-474-8642) or by visiting their website at www.dos.state.ny.us.

5. For questions regarding New York State Tax requirements, call the New York State Tax Department at 800-698-2909 or visit them online at www.nystax.gov.

6. To obtain information regarding New York State required permits and licenses, contact the Office of Business Permits and Regulatory Assistance (OBPRA) at 800-342-3464.

7. To obtain information regarding local permits and licenses, contact City Hall or your Town Hall.

8. To obtain information regarding Federal Taxes and Federal Employer Identification Number, visit the IRS office located at 255 East Avenue or call 800-829-1040.

*revised 5/6/09*

P

MONROE COUNTY CLERK'S OFFICE

THIS IS NOT A BILL. THIS IS YOUR RECEIPT

Receipt #   830315

Index     DBA

Book                 Page

No. Pages : 2

Instrument DOING BUSINESS AS FILED

Date   :   01/17/2013

Time   :   12:29:50PM

Return To:

ORTIZ CAPITAL

ORTIZ,OSCAR T III

Control #   201301170483

DBA #     D2013000180

Employee : KathyB

COUNTY FEE DBA FILED          $        25.00

Total                         $        25.00

State of New York

MONROE COUNTY CLERK'S OFFICE

WARNING - THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

CHERYL DINOLFO
MONROE COUNTY CLERK



PI182-201301170483-2



rFILED

Office of the
**Monroe
County Clerk**

2013 JAN 17 PM 12: 38

MONROE COUNTY CLERK

## CERTIFICATE OF INDIVIDUAL
## DOING BUSINESS UNDER ASSUMED NAME

☒ New
☐ Amended

It is hereby certified that:

The undersigned is transacting business at _33 Gentry Circle_

City of _Rochester_ Zip Code _14626_, County of _Monroe_, State of New York

under the name of _Oshi cradal_.

The full name of the undersigned is: _Oscar Ortz III_

and his/her residence is _33 Gentry Circle_

City of _Rochester_ Zip Code _14626_, County of _Monroe_, State of New York.

I further certify that I am successor and interest to _____

This certificate is executed and filed pursuant to Section 130 of the General Business Law.

Dated: _1/17/13_ _____

(Signature)

STATE OF NEW YORK )
COUNTY OF <u>MONROE</u> ) ss.
_City_ of _Rochester_ )

On this _17_ day of _Jan_, in the year two thousand _13_ before me, the subscriber, personally appeared _Oscar T Ortez III_ to me personally known to be the same person described in and who executed the foregoing instrument, and he/she acknowledged that he/she executed the same.

_Kathleen A Beeman_
_Special Deputy Clerk_

EXHIBIT Q

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 22, 2018.

Selected Entity Name: ORTIZ CAPITAL LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | ORTIZ CAPITAL LLC |
| **DOS ID #:** | 5118359 |
| **Initial DOS Filing Date:** | APRIL 11, 2017 |
| **County:** | MONROE |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
ORTIZ CAPITAL LLC
151 KIM LANE
ROCHESTER, NEW YORK, 14626

**Registered Agent**
NONE

This office does not require or maintain information
regarding the names and addresses of members or
managers of nonprofessional limited liability
companies. Professional limited liability companies
must include the name(s) and address(es) of the original
members, however this information is not recorded and
only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 11, 2017 | Actual | ORTIZ CAPITAL LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

# EXHIBIT R



Monroe County Tax Office

# MonroeCounty.gov
CHERYL DINOLFO COUNTY EXECUTIVE New York

School Tax Bill   |   Combined Town and County Tax Bill   |   Current School Transaction Summary   |   Combined Town and County Transaction Summary

Normal ▼ | Change

## Ownership Information

| SWIS Code/Account # | Owner Name | Property Address | Mailing Address |
|---|---|---|---|
| 262800 059.03-8-65 | ORTIZ,OSCAR T. III<br>ORTIZ,SHARON P. | 151 KIM LN<br>ROCHESTER, NY 14626 | 151 KIM LN<br>ROCHESTER, NY 14626 |

| Legal Description | True Tax Town/County | True Tax School |
|---|---|---|
| L8 T2 D1 SHORT RANGE<br>THE MEADOWS S5 231-11<br>L519 | $2,464.53 | $2,981.09 |

## Tax Due Summary - Town / County

| Tax Year | Original Tax | Tax Sale Lien Sold | Penalties and Interest | Fees | Total Due | Delinquent | Bankruptcy | Foreclosure | 3RD Party Lien |
|---|---|---|---|---|---|---|---|---|---|

For details on your Town/County Tax please click the 'Tax History' Button.

## Tax Due Summary - School

| Tax Year | Original Tax | Re-Levy to Town/County Bill | Interest | Service Charge | Total Due | Bankruptcy |
|---|---|---|---|---|---|---|

For details on your School Tax please click the 'Tax History' Button.

| Property Detail | Tax History | Payment History | Address Search |
|---|---|---|---|

LEGAL DISCLAIMER | PRIVACY POLICY | SECURITY POLICY
©2015 Easy Access, Inc - All Rights Reserved

# EXHIBIT S

Clinton Strange

7021 Winburn Drive

Greenwood, LA 71033

318-423-5057

CaddoBossierRefrigeration@gmail.com

_____

Greetings ORTIZ CAPITAL, LLC;

Or Defense Counsel:

Please stop calling SMS-mms SPAM TEXTING my cellphone # 318-423-5057 to limit your statutory damages in an action I am contemplating bringing against your entity for willful violations of the TCPA, and the Truth in Caller ID Act of 2009 in the U.S. District Court for the Western District of Louisiana.

I am at this time requesting in writing a copy of your entity's "do-not-call-policy". Failure to provide with me with this

document by Certified-Mail within 30 days at the address above could result in trebled willful violations of the TCPA. I am registered on the Federal Do-Not-Call Listing. I have never consented to be contacted by your entity. I have been called/ SMS text spammed in excess of 5 times by your entity.

You can verify this with your in-house marketing department or 3rd party marketing agency to confirm the allegations that I have made in this communication.


The time to begin discussion is now as I plan to move forward on 7-17-2018. You may contact me via mail or e-mail. You may also call me for the purposes of settlement communications only.


Regards,

X    Mailed  6-23-18

Clinton Strange

S

liaton Strange
7021 Winburn Dr
Greenwood, LA 71033

ORTIZ CAPITAL, LLC
151 Kim Lane
Rochester, NY   14626





S

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

18 CV 6570 FPG

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

CLINTON STRANGE

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

ORTIZ CAPITAL, LLC
OSCAR ORTIZ III

County of Residence of First Listed Defendant   Monroe, NY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

AUG -9 2018
ROCHESTER

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
  Plaintiff
- ☒ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government
  Defendant
- ☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | Medical Malpractice | | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Leave Act | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | Income Security Act | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 USC 227
Brief description of cause:
RESTRICTIONS ON THE USE OF TELEPHONE EQUIPMENT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
7,500.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:
JUDGE _____   DOCKET NUMBER _____

DATE
08/06/2018

SIGNATURE OF ATTORNEY OF RECORD
Pro Se X *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____