# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK
# ROCHESTER DIVISION

CLINTON STRANGE,

Plaintiff

Case No. 6:18-CV-06570-FPG

v.

ORTIZ CAPITAL, LLC, et al

Defendants

**PLAINTIFF'S**

**MOTION TO DISMISS THE ACTION WITHOUT PREJUDICE**

## STATEMENTS REGARDING THE DISMISSAL MOTION:

1. The Pro Se Plaintiff Clinton Strange moves on this court to dismiss this action without prejudice.

2. No one coerced or threatened the Plaintiff into filing this dismissal motion.

3. Plaintiff is of sound mind as he files this motion.

Respectfully Submitted,

X _____     _12-9-2018_____
Clinton Strange                                             Dated

Pro Se

7021 Winburn Drive

Greenwood, LA 71033

318-423-5057

parsmllc@gmail.com

## CERTIFICATE OF SERVICE

1. I, Clinton Strange, have served upon the Defendants a copy of this "MOTION TO DISMISS" to be filed with the court by depositing a copy in the U.S. Mail with sufficient 1st class postage affixed on _12-9-2018_ 2018.

2. The mailing was addressed to:

    ORTIZ CAPITAL, LLC
    151 KIM LN
    ROCHESTER, NY 14626

3. I swear under the pains and penalties of perjury of The Laws of The United States of America that the foregoing statements are both true and correct.

X _[signature]_    _12-9-2018_
Clinton Strange      Dated



SHREVEPORT LA 710

'18 DEC 2018 PM 2 L

DEC 13

Clinton A. Strange
7021 Winburn Dr
Greenwood, LA 71033-3215

CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF N.Y.
100 STATE STREET
ROCHESTER, NY 14614

14614-136859